IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAVON HENRY GARDNER
ADC #141217                                                                           PLAINTIFF

v.                        No. 3:22-cv-61-DPM-JTR

MATTHEW HECHT, Detention
Officer, Greene County Detention
Center; DANE BARNUM, Lieutenant,
Greene County Detention Center;
and FELISHA ROWLAND, Lieutenant,
Greene County Detention Center                                                DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 5*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gardner's race discrimination claim against Hecht and First Amendment claim against Rowland are dismissed without prejudice. Rowland is dismissed as a defendant. Gardner's excessive force claim against Hecht and failure to intervene claim against Barnum go forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2022