UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAVON HENRY GARDNER                                                PLAINTIFF
ADC #141217

V.                          No. 3:22-CV-61-JTR

MATTHEW HECHT, Detention Officer,
Greene County Detention Center; and
DANE BARNUM, Lieutenant,
Greene County Detention Center                                    DEFENDANTS

# ORDER

Defendants have filed a Motion for Summary Judgment on the merits of this excessive force and failure-to-intervene case, a Brief in Support, and a Statement of Undisputed Facts. *Doc. 34; Doc. 35; Doc. 36*. Plaintiff has a right to file a Response to that Motion and a Statement of Disputed Facts.

At the summary judgment stage, a plaintiff cannot rest upon mere allegations and, instead, must meet proof with proof. *See* Fed. R. Civ. P. 56(e). This means that Plaintiff's Response should include his legal arguments, as well as affidavits,[1] prison records, or other evidence establishing that there is a genuine issue of material fact that must be resolved at a hearing or trial.

Furthermore, pursuant to Local Rule 56.1, Plaintiff must separately file a "short and concise statement of material facts as to which [he] contends a genuine

---

[1] The affidavit must be based upon the personal knowledge of the person executing the affidavit *and must be either*: (1) sworn and subscribed to by a notary public; or (2) executed under penalty of perjury, as provided for by 28 U.S.C. § 1746.

dispute exists to be tried." Plaintiff's "Statement of Disputed Facts" must state whether he "agrees" or "disagrees" with the factual statements in *each* of the numbered paragraphs in Defendants' Statement of Undisputed Facts (*Doc. 36*). **If Plaintiff disagrees with any of the facts in Defendants' Statement of Undisputed Facts, he *must*: (1) identify each numbered paragraph that contains the facts he disputes; (2) for each paragraph, explain *why* he disputes those facts; *and* (3) include a citation to the evidence he is relying on to support his version of the disputed fact.**

    IT IS THEREFORE ORDERED THAT:

    1.    Plaintiff has until and including **July 17, 2023**, to file a Response to Defendants' Motion for Summary Judgment and a separate Statement of Disputed Facts that comply with Fed. R. Civ. P. 56, Local Rule 56.1, and the instructions in this Order.

    2.    Plaintiff is advised that the failure to timely and properly file a Response and Statement of Disputed Facts will result in all of the facts in Defendants' Statement of Undisputed Facts being deemed admitted.

    SO ORDERED, this 16th day of June, 2023.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE