UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAVON HENRY GARDNER                                                                          PLAINTIFF
ADC #141217

V.                                    Case No. 3:22-CV-00061-BBM

MATTHEW HECHT, Detention Officer,
Greene County Detention Center; and
DANE BARNUM, Lieutenant,
Greene County Detention Center                                                             DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. All relief sought is denied, and the case is closed.

DATED this 26th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE